No. 76–768.  RIOS ET AL. v. ENTERPRISE ASSOCIATION STEAMFITTERS, LOCAL No. 638 OF U. A., ET AL.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 75–1318.  PEARSON v. DODD ET AL., 429 U. S. 396;

No. 76–566.  IACONETTI v. UNITED STATES, 429 U. S. 1041;

No. 76–569.  NEW YORK SHIPPING ASSN., INC. v. NATIONAL LABOR RELATIONS BOARD ET AL., 429 U. S. 1041;

No. 76–570.  INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL., 429 U. S. 1041;

No. 76–622.  JOHNSON BRONZE CO. v. OSTAPOWICZ, 429 U. S. 1041;

No. 76–5408.  MANVILLE v. MICHIGAN, 429 U. S. 1063;

No. 76–5427.  BURBANK v. WARDEN, ILLINOIS STATE PENITENTIARY, 429 U. S. 1045;

No. 76–5473.  GUERRA v. UNITED STATES, 429 U. S. 1046;

No. 76–5531.  KELLEY v. UNITED STATES ET AL., 429 U. S. 1047;

No. 76–5556.  SELLARS v. ESTELLE, CORRECTIONS DIRECTOR, 429 U. S. 1076;

No. 76–5731.  BERRYHILL v. GEORGIA, 429 U. S. 1054; and

No. 76–5763.  MAYFIELD v. UNITED STATES, 429 U. S. 1071. Petitions for rehearing denied.

No. 76–5414.  POWELL v. CALIFORNIA, 429 U. S. 1032.  Motion for leave to file petition for rehearing denied.